B6A (Official Form 6A) (12/07)

In re: **Mark R. Reardon** ,                                                                    Case No. _____
                **Debtor**                                                                                                       (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Single Family Residence 196 Warren Road Townsend, MA 01469**<br><br>**Confirmatory Deed recorded on 4/15/2004 at Book 42508, Page 173.**<br><br>**Declaration of Homestead recorded on 10/24/2003 at Book 41275, Page 263.** | **Individually** | | $ 280,000.00 | $ 314,624.00 |
| | | Total ➢ | $ 280,000.00 | |

(Report also on Summary of Schedules.)

In re **Mark R. Reardon** , Case No. _____
          **Debtor**           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America- Joint Account with Non-Filing Mother  $19.64** | **J** | **9.82** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America -Joint Account with Non-Filing Spouse- Fluctuating Checking Account 2743 Total-$845.13 half interest** | **J** | **422.56** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Savings Account 8395- Joint with Non-Filing Spouse  $85.80** | **J** | **42.90** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America-Savings Account with Non-Filing Spouse  $26.73** | **J** | **13.36** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **ING Direct - Joint Savings Account with Non-Filing Spouse Balance:$13,074.53** | **J** | **6,537.25** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **ING Direct Savings Account with Son,  Jackson $2,283.22- Account largely funded by gifts to Son** | **J** | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **ING Direct Savings-Joint with Non-Filing Spouse:4050 Balance: $44.24** | **J** | **22.12** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **North Middlesex Savings Bank-Joint Held Checking Account with Non-Filing Spouse Balance: $190.37** | **J** | **95.18** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **North Middlesex Savings Bank-Savings Account** | | **105.68** |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Mark R. Reardon** ,   Case No. _____
   **Debtor**   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Bank North-Jointly Held Account with Father- For Administrative Purposes Balance $6785.50** | **J** | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Workers Credit Union- Joint Savings Account with Non-Filing Spouse  - Balance $26.66** | **J** | **13.33** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Workers Credit Union-Savings Account** | | **27.59** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furnishings Value:$4,000.00** | **J** | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing Apparel** | | **100.00** |
| 7. Furs and jewelry. | | **Wedding Ring and Watches** | | **300.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy** | | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401 (K)** | | **6,100.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Natural Market-Common Stock   40% Ownership** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **The Natural Market II, Inc.** | | **0.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Mark R. Reardon** ,                               Case No. _____
                      **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | The Natural Market, Inc. | | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | Savings Bonds for Children | J | 100.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2008 Tax Refund-Joint<br>Refund to Federal $959.00; Payment due MA-$371<br>Total Return of $588.00 | J | 294.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 BMW X5<br>Mileage: 86,000 | | 10,050.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 BMW-328xi<br>Mileage: 18,000 Leased Vehicle<br>Value:$25,975.00 | | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Mark R. Reardon**                                    ,        Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

____3____ continuation sheets attached            Total ▶   **$ 26,253.79**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re **Mark R. Reardon**, Case No. _____
Debtor                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2008 Tax Refund-Joint Refund to Federal $959.00; Payment due MA-$371 Total Return of $588.00** | 11 USC § 522(d)(5) | 294.00 | 294.00 |
| **401 (K)** | 11 USC § 522(d)(12) | 6,100.00 | 6,100.00 |
| **Bank of America- Joint Account with Non-Filing Mother  $19.64** | 11 USC § 522(d)(5) | 9.82 | 9.82 |
| **Bank of America -Joint Account with Non-Filing Spouse- Fluctuating Checking Account 2743  Total-$845.13 half interest** | 11 USC § 522(d)(5) | 422.56 | 422.56 |
| **Bank of America Savings Account 8395- Joint with Non-Filing Spouse  $85.80** | 11 USC § 522(d)(5) | 42.90 | 42.90 |
| **Bank of America-Savings Account with Non-Filing Spouse  $26.73** | 11 USC § 522(d)(5) | 13.36 | 13.36 |
| **Cash on Hand** | 11 USC § 522(d)(5) | 20.00 | 20.00 |
| **Household Furnishings Value:$4,000.00** | 11 USC § 522(d)(3) | 2,000.00 | 2,000.00 |
| **ING Direct - Joint Savings Account with Non-Filing Spouse Balance:$13,074.53** | 11 USC § 522(d)(5) | 6,537.25 | 6,537.25 |
| **ING Direct Savings Account with Son, Jackson $2,283.22- Account largely funded by gifts to Son** | 11 USC § 522(d)(5) | 1,141.61 | 0.00 |
| **ING Direct Savings-Joint with Non-Filing Spouse:4050 Balance: $44.24** | 11 USC § 522(d)(5) | 22.12 | 22.12 |
| **North Middlesex Savings Bank-Joint Held Checking Account with Non-Filing Spouse  Balance: $190.37** | 11 USC § 522(d)(5) | 95.18 | 95.18 |
| **North Middlesex Savings Bank-Savings Account** | 11 USC § 522(d)(5) | 105.68 | 105.68 |
| **Savings Bonds for Children** | 11 USC § 522(d)(5) | 100.00 | 100.00 |

**B6C (Official Form 6C) (12/07) - Cont.**

In re **Mark R. Reardon**, Case No. _____
          Debtor                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Wearing Apparel** | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| **Wedding Ring and Watches** | 11 USC § 522(d)(4) | 300.00 | 300.00 |
| **Workers Credit Union- Joint Savings Account with Non-Filing Spouse - Balance $26.66** | 11 USC § 522(d)(5) | 13.32 | 13.33 |
| **Workers Credit Union-Savings Account** | 11 USC § 522(d)(5) | 27.59 | 27.59 |

B6D (Official Form 6D) (12/07)

In re **Mark R. Reardon** ,                                                   Case No. _____
                    **Debtor**                                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4116001<br>Addison FCU<br>1011 Sunset BLVD<br>Rocklin, CA 95765 | | | 01/01/2007<br>Motor Vehicle Loan<br>2003 BMW X5<br>Mileage: 86,000<br>_____<br>VALUE $10,050.00 | | | | 22,903.00 | 12,853.00 |
| ACCOUNT NO. 4000773409<br>BMW Financ28ial Services<br>5515 Park Center C<br>Dublin, OH 43017 | | | 01/01/2007<br>Motor Vehicle Lease<br>2007 BMW-328xi<br>Mileage: 18,000 Leased Vehicle<br>Value:$25,975.00<br>_____<br>VALUE $0.00 | | | | 28,417.00 | 0.00 |
| ACCOUNT NO. 2003239904<br>CitiMortgage<br>15851 Clayton Road<br>Ballwin, MO 63011 | | | 11/01/2006<br>Second Mortgage<br>Single Family Residence<br>196 Warren Road<br>Townsend, MA 01469<br><br>Confirmatory Deed recorded on 4/15/2004 at Book 42508, Page 173.<br><br>Declaration of Homestead recorded on 10/24/2003 at Book 41275, Page 263.<br>_____<br>VALUE $280,000.00 | | | | 60,144.00 | 34,624.00 |

<u>1</u>   continuation sheets
       attached

Subtotal ▶
(Total of this page)                                $ 111,464.00   $ 47,477.00

Total ▶
(Use only on last page)                            $              $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Mark R. Reardon**,    Case No. _____
                    **Debtor**                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 29119523800001<br>Salem Five Cent Savings Bank<br>210 Essex Street<br>Salem, MA 01970 | X | J | 10/01/2003<br>Mortgage<br>Single Family Residence<br>196 Warren Road<br>Townsend, MA 01469<br><br>Confirmatory Deed recorded on 4/15/2004 at Book 42508, Page 173.<br><br>Declaration of Homestead recorded on 10/24/2003 at Book 41275, Page 263.<br>VALUE $280,000.00 | | | | 254,480.00 | 0.00 |
| ACCOUNT NO. 510012472006<br>Workers Credit Union<br>815 Main Street<br>Fitchburg, MA 01420 | | | 12/01/2005<br>Loan Collateral is Deposited Cash<br>VALUE $1,333.00 | | | | 1,333.00 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ (Total of this page)    $ 255,813.00    $ 0.00

Total ➤ (Use only on last page)    $ 367,277.00    $ 47,477.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Mark R. Reardon**            Case No. _____
          Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **Mark R. Reardon**                              ,   Case No. _____
                         Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▸ (Totals of this page)    $ 0.00    $ 0.00    $ 0.00

Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 0.00

Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 0.00    $ 0.00

B6F (Official Form 6F) (12/07)

In re  **Mark R. Reardon**  
              **Debtor**

Case No. _____  
            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4170080120025893<br>**Bank of America**<br>**Business Card**<br>**P.O. Box 15710**<br>**Wilminston, DE 19886-5710** | | | 02/01/2002<br>**Personal Liability from Business Debt** | | | | **17,909.56** |
| ACCOUNT NO. 4888940045336712<br>**Bank of America**<br>**1825 E Buckeye Road**<br>**Phoenix, AZ 85034** | | | 06/01/2006<br>**Debt from Consumer Credit** | | | | **7,083.07** |
| ACCOUNT NO. 4264287766262188<br>**Bank of America**<br>**1825 E Buckeye Road**<br>**Phoenix, AZ 85034** | | | 11/01/1998<br>**Debt from Consumer Credit** | | | | **10,987.57** |
| ACCOUNT NO. 588896420248<br>**Bank of America**<br>**1825 E Buckeye Road**<br>**Phoenix, AZ 85034** | | | 11/01/2003<br>**Debt from Consumer Credit** | | | | **381.00** |
| ACCOUNT NO. 5329059221649170<br>**Bank of America**<br>**1825 E Buckeye Road**<br>**Phoenix, AZ 85034** | | | 09/01/2007<br>**Personal Liability from Business Debt** | | | | **27,948.63** |

    2  Continuation sheets attached

Subtotal ▶ $ **64,309.83**

Total ▶ $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark R. Reardon**                                            Case No. _____
                         **Debtor**                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5291492177506389 <br> **Capitol One** <br> **11013 W Broad Street** <br> **Glen Allen, VA 23060** | | | 04/01/2002 <br> **Personal Liability from Business Debt** | | | | 4,241.00 |
| ACCOUNT NO. 414720100213 <br> **Chase** <br> **Bank One Card Service** <br> **Westerville, OH 43081** | | | 12/01/1998 <br> **Personal Liability from Business Debt** | | | | 5,518.00 |
| ACCOUNT NO. 438857601982 <br> **Chase** <br> **Bank One Card Service** <br> **Westerville, OH 43081** | | J | 12/01/1998 <br> **Personal Liability from Business Debt** | | | | 12,239.00 |
| ACCOUNT NO. 5888964202488741 <br> **Chase-Pier 1** <br> **800 Brooksedge Blvd** <br> **Westerville, OH 43081** | | | 11/01/2003 <br> **Debt from Consumer Credit** | | | | 466.76 |
| ACCOUNT NO. 5424180547111028 <br> **CITI** <br> **P.O. Box 6241** <br> **Sioux Falls, SD 57117** | | | 06/01/1993 <br> **Personal Liability from Business Debt** | | | | 20,089.94 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ **42,554.70**

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark R. Reardon**                             Case No. _____
                    Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 29560110053<br>HSBC/BERPL<br>P.O. Box 15521<br>Wilmington, DE 19805 | | | 10/01/2007<br>Debt from Consumer Credit | | | | 3,880.39 |
| ACCOUNT NO. 0465621101314830<br>Jordan's Furniture<br>Retal Services<br>P.O. Box 17602<br>Baltimore, MD 21297-1602<br><br>HSBC Retail Services<br>P.O. Box 5244<br>Carol Stream, IL 60197-5244 | | | 09/01/2008<br>Debt from Consumer Credit | | | | 2,676.26 |
| ACCOUNT NO. 4185645000550427<br>Washington Mutual/Providian<br>4940 Johnson Drive<br>Pleasanton, CA 94566 | | | 03/01/2003<br>Debt from Consumer Credit | | | | 9,380.81 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ **15,937.46**

Total ▶ $ **122,801.99**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re: **Mark R. Reardon**                    , Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**B6H (Official Form 6H) (12/07)**

In re: **Mark R. Reardon** ,　　　　Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　 **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joan Reardon**<br>**103B Townsend Road**<br>**Shirley, MA 01464** | **Salem Five Cent Savings Bank**<br>**210 Essex Street**<br>**Salem, MA 01970** |

In re **Mark R. Reardon**                                                   Case No. _____
                          Debtor                                                            (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|---|
| | | RELATIONSHIP(S): **Son** | AGE(S): **1** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mortgage Consultant** | **Stay at Home Mother** |
| Name of Employer | **Wells Fargo** | |
| How long employed | **One Year** | |
| Address of Employer | **101 North Phillips Avenue Sioux Falls, SD 57104** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|   | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 2,004.17 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,004.17 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 175.22 | $ 0.00 |
|    b. Insurance | $ 378.08 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify) **401(K)** | $ 60.13 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 613.43 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,390.74 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 1,254.54 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,254.54 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,645.28 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,645.28 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

B6J (Official Form 6J) (12/07)

In re **Mark R. Reardon**                              ,        Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,400.00 |
|    a. Are real estate taxes included?  Yes ✓  No ____ | |
|    b. Is property insurance included?  Yes ✓  No ____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 500.00 |
|    b. Water and sewer | $ 0.00 |
|    c. Telephone | $ 0.00 |
|    d. Other **Telephone/Internet/Cable** | $ 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 75.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 50.00 |
|    c. Health | $ 0.00 |
|    d. Auto | $ 150.00 |
|    e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 947.00 |
|    b. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **Hair Care** | $ 100.00 |
|    **Pet Expense** | $ 50.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 5,772.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
   a. Average monthly income from Line 15 of Schedule I   $ 2,645.28
   b. Average monthly expenses from Line 18 above   $ 5,772.00
   c. Monthly net income (a. minus b.)   $ -3,126.72