UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| MARK R. REARDON, ) | |
| ) | Case No. 09-40846-JBR |
| Debtor. ) | |

## APPLICATION OF CHAPTER 7
## TRUSTEE TO EMPLOY COUNSEL

To the Honorable Joel B. Rosenthal, United States Bankruptcy Court Judge for the District of Massachusetts:

Anne J. White, the duly-appointed and acting Chapter 7 Trustee (the "Trustee") of the debtor herein (the "Debtor"), respectfully submits this application for authority to retain the law firm of Demeo & Associates, P.C., in this proceeding as counsel to represent the Trustee. In support of this Application, the Trustee represents as follows:

1. On March 13, 2009, the Debtor filed a voluntary petition for relief under the provisions of Chapter 7 of the Bankruptcy Code (11 U.S.C. Section 101 et seq.).

2. Thereafter, the Trustee was appointed as Chapter 7 Trustee by the United States Trustee for the District of Massachusetts and the Trustee continues to serve as Chapter 7 Trustee.

3. The Trustee hereby applies for authority to employ the law firm of Demeo & Associates, P.C., pursuant to 11 U.S.C. § 327 as her counsel under a general retainer to render services, including without limitation, the following:

a. To assist, advise and represent the Trustee in any investigation of the acts, conduct, assets, liabilities and financial conditions of the Debtors, and to direct the activities of accountants and other professionals that are employed by the Trustee;

b. To assist, advise and represent the Trustee with respect to the allowance or disallowance of any claims filed against the Debtor's estate;

c. To assist, advise and represent the Trustee with respect to the preparation of any litigation that may be necessary to recover estate assets and any other matters relevant to this proceeding;

d. To assist, advise and represent the Trustee in connection with any other matters that may be necessary and appropriate in the administration of this case.

4. As indicated by the following Affidavit of Anne J. White, neither Anne J. White nor any member of the law firm of Demeo & Associates, P.C., holds or represents any interest adverse to this estate and each is a disinterested person within the meaning of 11 U.S.C. § 101(14).

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order:

1. Authorizing the Trustee to employ and retain the law firm of Demeo & Associates, P.C., as her counsel, to perform the legal services recited herein; and

2. Granting such other and further relief as this Court shall deem just and proper.

ANNE J. WHITE
CHAPTER 7 TRUSTEE

/s/ Anne J. White
Anne J. White (BBO#524960)
DEMEO & ASSOCIATES, P.C.
One Lewis Wharf
Boston, MA  02110
Tel: (617) 263-2600
Fax: (617) 263-2300

Dated:   September 16, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: ) <br> ) <br> ) <br> MARK R. REARDON, ) <br> ) <br> Debtor. ) <br> ) | Chapter 7 <br><br> Case No. 09-40846-JBR |

## AFFIDAVIT OF ANNE J. WHITE

I, Anne J. White, being duly sworn do hereby depose and state:

1. I am an attorney and of counsel to the law firm of Demeo & Associates, P.C., whose offices are located at One Lewis Wharf, Boston, Massachusetts and make this Affidavit pursuant to Bankruptcy Code Section 327, Rule 2014 of the Rules of Bankruptcy Procedure and MLBR 2014-1. All attorneys who would be involved in the above-referenced case are duly admitted to practice before this Court. I am generally familiar with the business of my law firm and have made inquiry concerning the facts set forth herein prior to making this Affidavit.

2. Neither I nor any member of my firm holds or represents any interest adverse to the estate of the above-named debtor.

3. My and my firm's connection with the Debtor, creditors or other parties in interest, their respective attorneys and accountants are as follows: None. I am and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

4. I have not agreed to share with any person (except members of my firm) the compensation to be paid for services rendered in this case except as follows: None.

5. I have received no retainer in this case.

6. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect and (B) there is any change of circumstances relating thereto.

7. I have reviewed the provisions of MLBR 2016-1.

I declare under the penalty of perjury that the foregoing is true and correct this 16th day of September, 2009.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　Anne J. White (BBO #524960)
　　　　　　　　　　　　　　　　　DEMEO & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　One Lewis Wharf
　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　Tel: (617) 263-2600
　　　　　　　　　　　　　　　　　Fax: (617) 263-2300

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| MARK R. REARDON, ) | |
| ) | Case No. 09-40846-JBR |
| Debtor. ) | |

**DECLARATION RE: ELECTRONIC FILING**

PART 1 - DECLARATION OF CHAPTER 7 TRUSTEE

I, ANNE J. WHITE, Chapter 7 trustee and Affiant in the above matter, hereby declare(s) *under penalty of perjury* that all of the information contained in my Affidavit of September 16, 2009 (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: September 16, 2009          Signed: _____
                                           Anne J. White, Chapter 7 Trustee
                                           Affiant

PART II - DECLARATION OF ATTORNEY

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: September 16, 2009          Signed: _____
                                           Attorney for Affiant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| ) | Chapter 7 |
| MARK R. REARDON, ) | |
| ) | Case No. 09-40846-JBR |
| Debtor. ) | |
| ) | |

ORDER AUTHORIZING TRUSTEE
TO EMPLOY COUNSEL

This matter being before the Court on the Application Of The Chapter 7 Trustee To Employ Counsel, by means of which Anne J. White (the "Trustee"), the Chapter 7 trustee of the above-referenced estate, seeks authority to employ the law firm of Demeo & Associates, P.C. (the "Law Firm") as her counsel, after due notice, and it appearing that the Law Firm is well-qualified to represent the Trustee, and it further appearing that neither Anne J. White nor any member of the Law Firm represents any interests adverse to the estate of the Debtor and are disinterested persons as defined in 11 U.S.C. § 101(14), and due cause appearing therefor, it is hereby:

**ORDERED,** that the Trustee be and hereby is authorized to employ the Law Firm as her counsel, with compensation for fees and expenses to be in such amount as allowed by this Court.

Dated at Worcester, Massachusetts, this ___ day of _____, 2009.

_____
Joel B. Rosenthal
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: )<br>)<br>)<br>MARK R. REARDON, )<br>)<br>Debtor. )<br>) | Chapter 7<br><br>Case No. 09-40846-JBR |

## CERTIFICATE OF SERVICE

I, Anne J. White, hereby certify that, on this 16th day of September 2009, I served a copy of the foregoing Application Of Chapter 7 Trustee To Employ Counsel, Affidavit, Declaration, and proposed form of Order to those appearing on the attached Service List via first-class mail, postage-prepaid, unless electronically served by the Court as indicated thereon.

/s/ Anne J. White
Anne J. White (BBO# 524960)
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

## SERVICE LIST

Richard King, Esq.
Office of the U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
*(Electronically served by the Court)*

Robert F. Casey, Jr.
Robert F. Casey, Jr., P.C.
249 Ayer Road
Suite 102
Harvard, MA 01451
*(Electronically served by the Court)*

Maria C. Crocker
The Law Office of Maria C. Crocker, P.C.
Ten Laurel Ave., 2nd Fl.
Wellesley, MA 02481
*(Electronically served by the Court)*

Internal Revenue Services
P.O. Box 21126
Philadelphia, PA 19114

Massachusetts Department Of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Mark R. Reardon
196 Warren Road
Townsend, MA 01469