UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

| | |
|---|---|
| In re<br><br>　　MARK R. REARDON,<br><br>　　　　Debtor. | Chapter 7<br>Case No. 09-40846-JBR |

**MOTION OF CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING AND
APPROVING SALE OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS,
CLAIMS, ENCIUMBRANCES AND OTHER PROPERTY INTEREST**
(40% Interest in Natural Market, Inc.)

Anne J. White, the duly-appointed chapter 7 trustee (the "Trustee") in the bankruptcy case of Mark R. Reardon (the "Debtor"), hereby moves this Honorable Court to enter an Order, pursuant to section 363 of the Bankruptcy Code, Rule 6004 of the Federal Rules of Bankruptcy Procedure and MLBR 6004-1(a), authorizing a sale of the Debtor's right, title and interest in the Massachusetts corporation, Natural Market, Inc., as set forth more fully below, to JM Partners LLC and/or its assigns ("JM Partners"). As further set forth below, and in accordance with section 363(f) of the Bankruptcy Code, the Shares (as hereinafter defined) will be sold free and clear of all liens, claims, encumbrances and other property interests. Valid liens, claims, and encumbrances against the Shares, if any, shall attach to the proceeds of the sale in their relative order of priority under applicable law. In support of this Motion, the Trustee respectfully represents as follows:

**Factual Background**

1.　On March 13, 2009 (the "Petition Date"), the Debtor filed his voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the