# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

In Re:   Mark R. Reardon                                    Case Number:  09-40846  ( JBR )

Matter:                                                     Chapter:   7

Breakup Fee Re #10 Motion of the Chapter 7 Trustee, Anne J. White, For Order Authorizing And Approving Sale Of Personal Property Free And Clear Of All Liens, Claims, Encumbrances And Other Property Interest (40% Interest in Natual Market, Inc.)

MOVANT/APPLICANT/PARTIES

Alex Mattera for the Chapter 7 Trustee

## COURT ACTION:

**Show Cause Order**     ____Released     ____Enforced
____Granted              ____Approved     ____Moot
____Denied               ____Denied without Prejudice
____Withdrawn in Open Court
____Sustained            ____Overruled
____Continued to: _____
____Proposed Order to be Submitted by:_____
____Stipulation to be Submitted by:_____
____Taken Under Advisement

## DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Breakup fee and overbid protection are approved.

SO ORDERED:

/s/ Joel B. Rosenthal                    Dated: 10/8/09
Joel B. Rosenthal