UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: ) <br> ) <br> ) <br> MARK R. REARDON, ) <br> ) <br> Debtor. ) <br> ) | Chapter 7 <br><br> Case No. 09-40846-JBR |

ORDER AUTHORIZING TRUSTEE
TO EMPLOY COUNSEL

This matter being before the Court on the Application Of The Chapter 7 Trustee To Employ Counsel, by means of which Anne J. White (the "Trustee"), the Chapter 7 trustee of the above-referenced estate, seeks authority to employ the law firm of Demeo & Associates, P.C. (the "Law Firm") as her counsel, after due notice, and it appearing that the Law Firm is well-qualified to represent the Trustee, and it further appearing that neither Anne J. White nor any member of the Law Firm represents any interests adverse to the estate of the Debtor and are disinterested persons as defined in 11 U.S.C. § 101(14), and due cause appearing therefor, it is hereby:

**ORDERED,** that the Trustee be and hereby is authorized to employ the Law Firm as her counsel, with compensation for fees and expenses to be in such amount as allowed by this Court.

Dated at Worcester, Massachusetts, this    day of    , 2009.

*Joel B. Rosenthal*

10/26/2009

Joel B. Rosenthal
United States Bankruptcy Judge